■ VALERIE PICA, Appellant, v JOHN PICA, Respondent. — On the court's own motion, plaintiff's appeal from an order of the Supreme Court, Westchester County, dated May 21, 1980, dismissed. On February 20, 1981, this

court ordered plaintiff to perfect that appeal for the September, 1981 term, but the appeal has not been perfected. Cohalan, J. P., Margett, O'Connor and Thompson, JJ., concur.